B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Southern_____ District Of __Ohio (Cincinnati)_____

In re __Miranda K Westbrook_____,     Case No. __1:16-bk-10431____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust | Bayview Loan Serviicng, LLC, a Delaware Limited Liability Company |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038

Phone: __972-347-4350_____
Last Four Digits of Acct #: __4033_____

Court Claim # (if known): 9-2
Amount of Claim: $198,355.08
Date Claim Filed: 07/05/2016

Phone: __855-813-6597_____
Last Four Digits of Acct. #: __4033_____

Name and Address where transferee payments
should be sent (if different from above):

c/o BSI Financial Services
PO Box 679002
Dallas, TX  75267-9002

Phone: __888-738-5873_____
Last Four Digits of Acct #: __4033_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves_____     Date: 1/25/2018_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
814-217-1366 Fax
https://myloanweb.com/BSI

12-13-2017

Sent via First Class Mail

New Account Number: ███
Old Account Number: ███
Property Address:  1410 APPLE FARM DR
AMELIA  OH  45102

JAMIRE WESTBROOK SR
MIRANDA K WESTBROOK
1410 APPLE FARM DR
AMELIA OH 45102

## NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred to BSI Financial Services, effective 12-05-2017. The transfer of servicing does not affect any term or condition or the mortgage loan other than terms directly related to the servicing of the loan.

## WHAT THIS MEANS FOR YOU

After this date, BSI Financial Services will be collecting your mortgage loan payments from you. As referenced above, your loan number may have changed; however, nothing else about your mortgage loan will change.

BAYVIEW LOAN SERVICING, LLC, your prior servicer, was collecting your payments. BAYVIEW LOAN SERVICING, LLC will not accept any payments received by you after the day preceding 12-05-2017, at which point BSI Financial Services, as your new servicer, will start accepting payments received from you going forward.

**Customers can send all payments due on or after 12-05-2017, to BSI Financial Services at this address:**

| **Via First Class Mail** | **Via Priority or Overnight Mail** |
|---|---|
| BSI Financial Services | BSI Financial Services |
| PO Box 679002 | Lockbox Number 679002 |
| Dallas, TX  75267-9002 | 1200 E. Campbell Rd. Ste. 108 |
| | Richardson, TX  75081 |

If you have any questions for either your prior servicer, BAYVIEW LOAN SERVICING, LLC, or your new servicer, BSI Financial Services, about your mortgage loan or this transfer, please contact them using the information below:

| **Prior Servicer** | **New Servicer** |
|---|---|
| BAYVIEW LOAN SERVICING, LLC | BSI Financial Services |
| Customer Care | Customer Care |
| 4425 PONCE DE LEON BLVD. 5TH FLOOR | 314 S Franklin St, 2nd Floor |
| CORAL GABLES FL 33146 | Titusville, PA 16354 |
| 855-813-6597 | 800-327-7861 |

**Under Federal law, during the 60-day period beginning on the effective date of the transfer of the loan, a loan payment received by your old servicer on or before its due date (including any grace period allowed under the mortgage loan instruments) may not be treated by the new servicer as late, and a late fee may not be imposed on you.**

This letter is being sent on behalf of BSI Financial Services by its servicing agent, BSI Financial Services.
BSI Financial Services is a licensed mortgage servicer and debt collector. BSI Financial Services BSI NMLS # 38078

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____Southern_____ District Of _Ohio (Cincinnati)_____

In re _Miranda K Westbrook_____,    Case No. _1:16-bk-10431_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _9-2___ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _1/25/2018__ (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| Bayview Loan Serviicng, LLC, a Delaware Limited Liability Company | U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust |
| Address of Alleged Transferor: | Address of Transferee: |
| 4425 Ponce De Leon Blvd., 5th Floor Coral Gables, FL 33146 | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving, TX  75038 |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**